| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| DAVID ANTHONY JONES | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | NO. 1:17-CV-278 |
| MOTIVA OIL REFINERY, et al. | | |
| Defendants. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On June 26, 2017, *pro se* Plaintiff David Anthony Jones filed the instant lawsuit. (Doc. No. 1). The Court referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. The Court has received and considered the report (Doc. No. 4) of the magistrate judge recommending that the Court dismiss Jones's claim without prejudice for failure to prosecute. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 4) is **ADOPTED**. Plaintiff David Anthony Jones's claims are dismissed without prejudice. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 27th day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE